**KURT B. WENTZ**
**Attorney at Law**
**5629 Cypress Creek Parkway Suite 115**
**Houston, Texas 77069**
**(281) 587-0088**

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUL 22 2015

CHRISTOPHER A. PRINE

CLERK _____

July 20, 2015

Mr. Christopher Prine, Clerk
1st Court of Appeals
301 Fannin
Houston, TX 77002

Re:     Appellate Court No. 01-13-01004-CR
        Trial Court No. 1363644
        Style:  Brian Victorian v. The State of Texas

Dear Mr. Prine:

In compliance with Tex. R. App. P. 48.4 enclosed please find a copy of my letter to Mr.
Victorian with Return Receipt attached advising him of the Court's opinion in his case,
my decision not to file a petition for discretionary review on his behalf and advising him
of his right to file such a pleading on his own behalf.

Should you have any questions regarding this matter, please do not hesitate to contact me.

Very truly yours,

Kurt B. Wentz

Enclosure:  Letter to Mr. Victorian with CMRRR

BEAUMONT TX 77705

$3.45    0051
$2.80    11
$0.00
$0.00
N/A      JUL - 8 2015
N/A
$2.08    07/08/2015
$8.33

Brian Victorian TDCJ 1898737
Stiles Unit, 3060 FM 3514
Beaumont, TX 77705

**RT B. WENTZ**

Attorney at Law

ss Creek Parkway Sui

uston, Texas 77069

(281) 587-0088

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X R. Goodwin   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
1/7/2015

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☒ Certified Mail®   ☐ Priority Mail Express™
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

Brian Victorian
TDCJ 1898737
Stiles Unit
3060 FM 3514
Beaumont TX 77705

2. Article Number
(Transfer from service label)

7014 2870 0000 3678 5220

T.D.C.J. No. 1898737

Stiles Unit

3060 FM 3514

Beaumont, TX 77705

Dear Mr. Victorian:

It saddens me to report that the 1st Court of Appeals has affirr
With the Court's decision my representation of you on direct

I have reviewed your case and the Court's opinion for the pur
discretionary review. However, after having done so I have d
petition for discretionary review on your behalf. However, you have the right to file a petition
for discretionary review on your own behalf. Such a pleading is referred to as a *pro se* petition
for discretionary review.

I am enclosing a copy of the Court's opinion to assist you in deciding whether or not to file such
a *pro se* PDR. I am also enclosing a copy of Tex. R. App. P. 68 that relates to the filing of a
petition for discretionary review. Please note that the time limits for filing such a pleading are
strictly construed.

Should you wish to contact the 1st Court of Appeals with regards to obtaining further information
on the case their mailing address is Clerk, 1st Court of Appeals, 301 Fannin, Houston, Texas
77002. Your letter should be addressed to Mr. Christopher Prine, Clerk.

I am also enclosing a copy of the brief that was filed on your behalf. A copy of the brief was
originally sent to you on December 17, 2014 as evidenced by the enclosed letter. However, I am
not sure whether you retained the brief or not.

You have my best wishes for the future.

Sincerely,

Kurt B. Wentz

Enclosure: Opinion, Brief, Letter